from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Sanders McDaniel* and *Mr. Leon Weil*, for appellee, in opposition to the petition. See *ante*, 535.

---

No. 524. WESTERN UNION TELEGRAPH COMPANY *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Henry L. Stone* and *Mr. Henry C. Peeples*, for appellee, in opposition to the petition. See *ante*, 532.

---

No. 525. WESTERN UNION TELEGRAPH COMPANY *v.* NASHVILLE, CHATTANOOGA & ST. LOUIS RAILWAY. Appeal from the Circuit Court of Appeals for the Fifth Circuit. November 4, 1918. Petition for a writ of certiorari herein denied. *Mr. William L. Clay* and *Mr. Rush Taggart*, for appellant, in support of the petition. *Mr. Henry C. Peeples* and *Mr. Claude Waller*, for the appellee, in opposition to the petition. See *ante*, 542.

---

No. 558. WESTERN UNION TELEGRAPH COMPANY *v.* LOUISVILLE & NASHVILLE RAILROAD COMPANY. November 4, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Adolphus Edward Richards, Mr. A. P. Humphrey* and *Mr. Rush*